# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## EASTERN District of New York

Index Number: 1:22-CV-06525-EK-LB

Date Filed: 10/28/2022

Plaintiff: **HELEN SWARTZ, INDIVIDUALLY**

vs.

Defendant: **11-11 LIC DEVELOPMENT, LLC, A NEW YORK LIMITED LIABILITY COMPANY**

For: Lawrence A. Fuller
FULLER, FULLER & ASSOCIATES, P.A.

Received by Caplan, Caplan & Caplan Process Servers on the 2nd day of November, 2022 at 11:54 am to be served on **11-11 LIC DEVELOPMENT, LLC C/O ALEX LAU, 136-19 FRANKLINE AVENUE, SUITE 6A, FLUSHING, NY 11355**. I, __ALAN FELDMAN__, being duly sworn, depose and say that on the __14th__ day of __NOVEMBER__, 20__22__ at __903A__ .m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE, AND LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ Served the named agency by delivering a true copy of pleadings and informed said person of the contents therein, with date, hour, intials of service endorsed thereon by me in compliance with State Statute

(XX) CORPORATE SERVICE/CORPORATE LLC: By serving __BELLA "DOE"__ (LAST NAME DECLINED) as __BUSINESS AGENT__ Served the named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statute

( ) CORPORATE REGISTERED AGENT: By serving _____ as Registered Agent. Served the named person by delivering a true copy of pleadings and informed said person of the contents therein, with date, hour, intials of service endorsed by me in compliance with State Statute

( ) CORPORATE REGISTERED AGENT EMPLOYEE: By serving _____ as _____ Served the named person by delivering a true copy of pleadings and informed person of the contents therein, with date, hour, intials of service endorsed thereon by me in compliance with F.S.48.081(3)(a) and F.S.48.091, the registered agent failed to comply by not being available for service between the hours of 10am and 12pm

( ) CORPORATE SUBSTITUTE RESIDENTIAL: By serving _____ as _____ Served the named person at a residence by delivering true copy of pleadings and informed person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with F.S. 48.081(3)(b) and 48.031(1)(a) as the registered agent failed to comply by not being available for service between 10am and 12pm

( ) SERVED: Served a Authorized person by delivering a true copy with date and hour of service endorsed to _____ as _____ who stated they are authorize to accept service for deponent and informed said person of the contents.

( ) NO SERVICE: For reason stated in comments

**COMMENTS:** ACTUAL ADDRESS OF SERVICE: 38-70 12th ST LONG ISLAND CITY, NY 11101
DESCRIPTION: LIGHT BROWN FEMALE, BLACK HAIR, 5'3"-5'5" 115-125 LBS 30-40 YRS



## AFFIDAVIT OF SERVICE For 1:22-CV-06525-EK-LB

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Service / Return of Service and that the facts stated in it are true. I certify that I have no interest in the above action, am of legal age and service was made within this state by an officer authorized to serve process where the person was served.

_[signature]_
ALAN FELDMAN
PROCESS SERVER # ___N/a___
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on the ___16th___ day of ___NOVEMBER___, 2022 by the affiant who is personally known to me.

_[signature]_
NOTARY PUBLIC

MARY P. VETTER
Notary Public, State of New York
No. 01VE6122612
Qualified in Queens County
Commission Expires: February 14, ~~2020~~ 2025

Caplan, Caplan & Caplan Process Servers
12505 Orange Drive
Suite 907
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: 2022034690

AO 440 (Rev. 06/12) Summons in a Civil Action

145-

PD 26958

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

HELEN SWARTZ, Individually,

*Plaintiff(s)*

v.

11-11 LIC DEVELOPMENT, LLC,
a New York Limited Liability Company,

*Defendant(s)*

Civil Action No. 22-6525

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 11-11 LIC DEVELOPMENT, LLC
c/o Alex Lau
136-19 Franklin Avenue - Suite 6A
Flushing, NY 11355

x2 c/o Wingate Hotel
39 To 12th St
Long Island City NY 11101

DATE 11/14/2022   TIME 903 am

INITIAL AF   BADGE# N/A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawrence A. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard; Suite 502
North Miami, FL 33181
Tel: 305.891.5199

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna B. Mahoney
*CLERK OF COURT*

Date: 10/28/2022

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

NY Finest

34690