UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,                         :
                                                    :
              Plaintiff,                            :
                                                    :
vs.                                                 :        Case No.:  1:22-cv-06525-EK-LB
                                                    :
11-11 LIC DEVELOPMENT, LLC,                         :
a New York Limited  Liability Company,              :
                                                    :
              Defendant.                            :
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, Helen Swartz, Individually, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to execution of the settlement agreement and receipt of settlement funds, and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further proceedings.

Dated:  December 19, 2022                    Respectfully submitted,

                                             */s/  Lawrence A. Fuller*
                                             Lawrence A. Fuller, Esq. (LF 5450)
                                             FULLER, FULLER & ASSOCIATES, P.A.
                                             12000 Biscayne Blvd., Suite 502
                                             North Miami, FL 33181
                                             (305) 891-5199
                                             (305) 893-9505 - Facsimile

                                             *Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 19th day of December, 2022, the foregoing was filed

via CM/ECF, which will automatically generate notice to Attorney for Defendant:

Scott D. Piper, Esq.
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534
spiper@harrisbeach.com

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF 5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile

*Attorneys for Plaintiff*