UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,

    Plaintiff,

vs.

11-11 LIC DEVELOPMENT, LLC,
a New York Limited Liability Company,

    Defendant.

Case No.: 1:22-cv-06525-EK-LB

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

**FOR THE PLAINTIFF:**

*/s/ Lawrence A Fuller*

Lawrence A. Fuller, Esq. (LF-5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com

Dated: January 19, 2023

**FOR THE DEFENDANT:**

*/s/ Scott Piper*

Scott D. Piper, Esq. (SP2076)
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534
Phone: (585) 419-8800
Fax: (585) 419-8817
spiper@harrisbeach.com

Dated: January 19, 2023

**SO ORDERED:**

_____
THE HON. ERIC R. KOMITEE,
United States District Judge

Dated:_____